# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**PAMELA ARGABRITE,**                              **CASE NO.   3:12-CV-229**

  Plaintiff,                                       **Judge Timothy S. Black**

**-vs-**

**MIAMI TOWNSHIP BOARD OF
TRUSTEES,** *et al.,*

  Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[  ]    Jury Verdict:** This action came before the Court for a trial by jury.   The issues have been tried and the Jury has rendered its verdict.

**[X]    Decision by Court:** This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 10) is **GRANTED in part and DENIED in part as moot**; Plaintiff's Motion for Partial Dismissal and Remand (Doc. 15) is **GRANTED in part and DENIED in part**; and this case is **CLOSED** on the docket of this Court.

Date: October 2, 2012

                              **JOHN P. HEHMAN, CLERK**
                              By: *s/ M. Rogers*_____
                              Deputy Clerk